# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-40762

United States Court of Appeals
Fifth Circuit

**FILED**

June 14, 2016

Lyle W. Cayce
Clerk

THOMAS FLORENCE,

Petitioner-Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:12-CV-25

Before JOLLY, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Thomas Florence moves for a certificate of appealability (COA) to appeal the district court's orders denying his motions to file case law, provide notice to the court, file evidence, file exhibits, be immediately released, and reopen case and file evidence. As Florence is not seeking to appeal from the final order in a habeas proceeding, Florence does not need a COA. *See* 28 U.S.C. § 2253(c)(1). A COA is therefore DENIED as unnecessary. *See id.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40762

Florence's motions, which were filed in his closed 28 U.S.C. § 2254 proceeding, were "meaningless, unauthorized motion[s]" over which the district court lacked jurisdiction. *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Because Florence has appealed from the denial of unauthorized motions, we AFFIRM the district court's rulings. His request to proceed in forma pauperis and his motions for judicial notice are DENIED.